UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 10-40026 |
| ) | |
| ANDY PAUL WARD, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 6, 2011, this case came before the Court for a hearing pursuant to 18 U.S.C. §§ 4243(c) & (d). The United States was represented by Assistant United States Attorney John K. Mehochko, and the defendant appeared via video-conferencing technology from the Federal Medical Center in Springfield, Missouri, and with his attorney, Assistant Federal Public Defender George F. Taseff.

After the Court received the Risk Assessment Report dated July 25, 2011, and heard the recommendations of counsel, the Court found that the defendant had not carried his burden, pursuant to 18 U.S.C. §§ 4243(d), of proving that his release without conditions would not create a substantial risk of bodily injury to another person or serious damage of property of another due to a present mental disease or defect, and accordingly determined that the defendant was not qualified for release.

Therefore, pursuant to 18 U.S.C. § 4243(e), the Court hereby orders that the defendant be committed to the custody of the Attorney General for treatment at a suitable facility. In the event that the Attorney General is unable to place the defendant in an appropriate state facility as required

by 18 U.S.C. § 4243(e), and placement in a federal facility becomes necessary, the Court recommends that the defendant be placed for treatment at the Federal Medical Center in Springfield, Missouri.

When the director of the facility in which the defendant is placed for treatment determines that the defendant has recovered from his mental disease or defect to such an extent that the defendant's release, or his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would no longer create a substantial risk of bodily injury to another person or serious damage of property of another, the Court orders that the director of that facility shall promptly file a certificate to that effect with the clerk of this Court, pursuant to 18 U.S.C. § 4243(f).  The clerk shall send a copy of the certificate to counsel for the defendant and to the attorney for the Government, and the Court will conduct whatever further proceedings are appropriate pursuant to the provisions of 18 U.S.C. § 4243(f).

Date: <u>September 6, 2011</u>

/s/    Michael M. Mihm
UNITED STATES DISTRICT JUDGE