UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 10-40026 |
| ) | |
| ANDY PAUL WARD, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court has received a Certificate of Conditional Release from the Warden of the United States Medical Center for Federal Prisoners in Springfield, Missouri.

Under 18 U.S.C. § 4243(f), after a certificate for conditional release is filed by the director of the facility, "the court shall order the discharge of the acquitted person or, on the motion of the attorney for the Government or on its own motion, shall hold a hearing . . . to determine whether he should be released." The Government has not moved for a hearing and the Court does not believe there is a need for one.

Additionally, the Court finds, pursuant to 18 U.S.C. 4243(f)(2), that the defendant's conditional release under a prescribed regimen of medical, psychiatric, and psychological care would no longer create a substantial risk of bodily injury to another person or serious damage to property of another.

Accordingly, the Court orders Mr. Ward conditionally released from the custody of the Attorney General to the supervision of the United States Probation Office until further orders of the Court. Mr. Ward shall comply with all specified conditions herein set forth:

1. Mr. Ward's term of supervision is for an unspecified term commencing upon release from confinement until notified by this Court. He shall report in person to the probation office in the district to which he is released within 72 hours of his release from custody of the Bureau of Prisons. He shall answer truthfully the instructions of his supervising probation officer.

2. Mr. Ward will reside with his parents, Bill and Judy Ward, 16022 E. 150th St., Orion. He shall remain at said residence at the direction of U.S. Probation Officer. Any change from this residence shall be approved by the probation office in advance.

3. Mr. Ward will be required to report as directed to the United States Probation Officer assigned to his case. He will be required to comply with any additional conditions imposed by the United States Probation Office.

4. Mr. Ward will actively participate in and cooperate with a regimen of mental health care and psychiatric aftercare as directed by the U.S. Probation Officer and administered by the treating mental health provider. This is to include his voluntary admission to an inpatient basis for stabilization should it be deemed necessary. He shall follow all the rules, regulations and instructions of the treatment staff and comply with the treatment regimen recommended. He shall continue to take such medication, including injectable units, as shall be prescribed for him by the medical provider. Mr. Ward will submit to drug screening, including but not limited to blood testing, as directed by the U.S. Probation Office to ensure he is taking his prescribed medication.

5. Mr. Ward shall waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement. Any failure to comply shall be immediately reported by any agency supervising, counseling, or treating Mr. Ward to the Probation Office which shall immediately notify the Court, the Assistant United States Attorney, and the Assistant Federal Public Defender.

6. Mr. Ward will refrain from the use of alcohol and illegal drug usage, as well as the abuse of over-the-counter medications, and submit to random urinalysis testing as warranted by treating mental health staff and/or the probation officer. This also includes participating in substance abuse treatment as deemed necessary. He shall not frequent places where alcohol or illegal drugs are known to be possessed, manufactured, or distributed.

7. Mr. Ward shall not have in his possession at any time actual or imitation firearms or other deadly weapons and he may not write, say or communicate threats. He shall submit to a warrantless search on request of his U.S. Probation Officer or any law enforcement officer of his person or property for the purpose of determining compliance with this provision and shall permit confiscation of any such contraband.

8. Mr. Ward shall not commit a federal, state, or local crime, and that he immediately notify his U.S. Probation Officer if he is arrested or questioned by any law enforcement officer. He shall not associate with any persons engaged in criminal activity or associate with any person convicted of a felony unless granted permission to do so from his U.S. Probation Officer.

9. Mr. Ward is prohibited from operating, possessing, or purchasing a motor vehicle without written permission from his U.S. Probation Officer.

10. It shall be the duty and responsibility of the medical/mental health provider to promptly notify the United States Probation Office of any changes in the prescribed regimen of medical or psychiatric care or any failure by Mr. Ward to cooperate or comply with medication or other requirements of the medical/mental health provider.

11. As directed by the probation officer, Mr. Ward shall notify third parties of risk that may be occasioned by his criminal record, personal history, or characteristics, and shall permit the probation officer to make such notification and confirm his compliance with such notification requirement.

12. Mr. Ward will be restricted from travel outside of Rock Island County, Illinois, Henry County, Illinois, and Scott County, Iowa, except with the prior approval of the United States Probation Officer, including no overnight stays away from the residence without the prior approval from the United States Probation Officer.

13. Mr. Ward's failure to adhere to any of these conditions may result in him being located, taken into custody, and subsequently reviewed by the Court of jurisdiction regarding suitability for continued release to the community.

14. The medical/mental health provider may at any time recommend modification or elimination of the regimen of medical, psychiatric or psychological care or treatment, upon certification to this Court that to do so would not create a substantial risk of bodily injury to another person or serious damage to the property of another.

15. Any party requesting modification or termination of the conditions of release shall submit adequate documentation supporting the request to the U.S. Probation Officer and this Court, with copies to the Assistant U.S. Attorney, Assistant Federal Public Defender or Defense Attorney of this district and the Warden of FMC Springfield, Missouri.

16. Pursuant to 18 U.S.C. § 4247(e), annual reports shall be filed by the U.S. Probation Office with this Court, with copies to the Assistant U.S. Attorney and Assistant Federal Public Defender of this district, and the Warden of FMC Springfield.

ENTERED this 7th day of September 2011.

       /s/ Michael M. Mihm
    Michael M. Mihm
    United States District Judge